# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0054

_____

Juan M. Matos,

    Appellant,

v.

Florida Department of
Business and Professional
Regulation,

    Appellee.

_____

On appeal from the Division of Administrative Hearings.
Giuvanna Corona, Executive Director.

March 5, 2024

Per Curiam.

    Affirmed.

Osterhaus, C.J., and Ray and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason Gordon, Law Offices of Jason Gordon, P.A., Hollywood, for Appellant.

Brooke Elizabeth Adams, Chief Appellate Counsel, Department of Business & Professional Regulation, Tallahassee, for Appellee.